623 A.2d 321

**COMMONWEALTH of Pennsylvania**

v.

**Fred M. HATT, Appellant.**

Supreme Court of Pennsylvania.

Argued April 8, 1993.

Decided April 30, 1993.

Michael J. Cammarano, Reading, for appellant.

James M. Bucci, Charles B. Coleman, Narcy ˙ L. Hughes, Reading, for appellee.

*ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.

Mr. Justice Montemuro did not participate in the consideration or decision of this case.